IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CANDICE CALDWELL, et al.                                                              PLAINTIFFS

V.                                         Case No. 4:19-CV-550 JM

CITY OF LITTLE ROCK, et al.                                                         DEFENDANTS

### ORDER GRANTING PLAINTIFFS' MOTION TO DISMISS

Plaintiffs have filed a motion to voluntarily dismiss their case without prejudice. The Court finds that Plaintiffs' motion to dismiss (docket #50) should be, and hereby is, granted. The Clerk is directed to close the case. The pending motion for sanctions (docket # 48) is denied as moot.

The Court notes that Plaintiffs' right to re-file the case against the Defendants is subject to the provisions of Rule 41(d) of the Federal Rules of Civil Procedure. Under Rule 41(d), the Plaintiffs may be ordered to pay any costs of this action which the Court deems appropriate if Plaintiffs re-file the action against the Defendants.

The Court will address any outstanding discovery disputes when and if Plaintiffs refile their suit.

IT IS SO ORDERED this 9th day of November, 2020.

_____
James M. Moody, Jr.
United States District Judge